941 A.2d 592

IN THE MATTER OF JAMES A. WALDRON, AN ATTORNEY AT LAW (ATTORNEY NO. 261831970).

February 15, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–239, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13, **JAMES A. WALDRON** of **CAPE MAY COURTHOUSE,** who was admitted to the bar of this State in 1970, should be suspended from the practice of law for a period of six months based on respondent's guilty plea in the United States District Court for the District of New Jersey to one count of willful failure to file an income tax return (26 U.S.C. § 7203) conduct in violation of *RPC* 8.4(d)(criminal act that reflects adversely on honesty, trustworthiness or fitness as a lawyer), and good cause appearing;

It is ORDERED that **JAMES A. WALDRON** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof that he is current in his compliance with the restitution requirement of his federal sentence; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.